United States District Court
For the District of Columbia

Samuel C. McGee
7707 Argonaut Street
Severn Maryland 21144

      V.                              Civil Action No._____
The District of Columbia
Washington, D.C. 20004

    Serve: Office of the Mayor
           The District Building
           Pennsylvania Avenue NW and 13th Street NW
           Washington, D.C. 20004

## **COMPLAINT**

Count One

(Employment Discrimination)

1) At all times herein the plaintiff is an African American member of the Metropolitan Police Department. The defendant is a municipal corporation that is the employer of the plaintiff. The jurisdiction of the court is invoked pursuant to Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. 2000 (e) et. Seq. as amended. The acts of employment discrimination and retaliation took place in the District of Columbia and venue is proper in this Court. The plaintiff

received a right to sue letters based upon his complaint and this lawsuit is timely.

    2) The plaintiff was a party to an employment discrimination complaint filed against the defendant with the EEOC, wherein he alleged that he was a victim of employment discrimination based upon race. The case number is EEOC charge #100 2005-00702.The case was settled via medication between the parties May 10,2005. A clause of the settlement agreement included a provision of a ban on the defendant and its agents of engaging in any form of retaliatory conduct directed toward the plaintiff. The complaint was dismissed as settled.

    3) The employees and agents of the defendant commenced a continuing pattern of retaliation directed toward the plaintiff because of his participation in protected activity. Moreover, he assisted other members of the Metropolitan Police Department in supporting their claims of employment discrimination directed toward them by the agents of the defendant. The plaintiff filed a new claim with the EEOC and has received a right to sue letters from the Civil Rights Division of the Department of Justice on February 15,2006. This lawsuit is timely.

    4) The individuals within the Metropolitan Police Department who engaged in a continuing pattern of employment discrimination included Lt. Parker, Sgt.Lanauze, D-1 Jeffery Smith, Sgt. Thomas Boone, and other employees of the MPDC whose identity is known to the defendants and who were acting in the scope of their employment and on behalf of their employer.

    5) As the direct result of the pattern of employment discrimination engaged in by the agents of the defendant, the plaintiff was injured. He was adversely affected in the terms and conditions of employment, experienced emotional distress and anxiety as the direct consequences of being a victim of retaliatory directed toward him because of his participation in protected activity. He seeks the following relief;

A) enforcement of the original settlement agreement,

B) An enforceable provision to bar further acts of retaliation,

C). Compensatory damages as provided by statute,

D) reasonable attorneys' fees and court costs, and any additional relief the Court deems appropriate

Trial by jury on all issues demanded.

_____
Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375