# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL McGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0705 (RJL) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S CONSENT MOTION TO ENLARGE TIME FOR FILING AN ANSWER OR OTHER RESPONSE

Defendant District of Columbia, by and through undersigned counsel, moves to enlarge its time for filing an answer or other response to June 29, 2006. This matter was only recently served and the additional time is needed to investigate the circumstances alleged and to develop an appropriate response. This is the first enlargement that Defendant has requested and will have no effect upon other deadlines in the case as no specific dates have been established. The "cause shown" under Fed. R. Civ. P. 6(b)(1) is explained in the accompanying memorandum of points and authorities. A proposed Order granting this motion is filed along with it. In accordance with LCvR 7.1(m), Defendant sought Plaintiff's consent by telephoning Plaintiff's counsel in the morning of May 15, 2006. Plaintiff's counsel consented.

For the foregoing reasons and such others as may appear to the Court, the District of Columbia respectfully requests that its date for an answer or other response to the Complaint be set for June 29, 2006.

Dated: May 15, 2006            Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson per HJ
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMUEL McGEE, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 06-0705 (RJL) |
| v. | ) <br> ) <br> ) <br> ) <br> ) |
| DISTRICT OF COLUMBIA, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

The District of Columbia respectfully requests that it be granted an enlargement of time until June 29, 2006 to answer or otherwise respond to the Complaint. Because the time for answering has not expired, Fed. R. Civ. P. 6(b)(1) governs the resolution of this request and indicates that the enlargement may be granted if "cause" is shown. Reserving all arguments concerning the adequacy of service and whether personal jurisdiction over the Defendant has been established, Defendant recently received a copy of the Complaint and undersigned counsel was only recently assigned to handle the matter. The additional time is needed to investigate the allegations and to prepare an appropriate response. The enlargement will not prejudice the plaintiff as it is early in the litigation and no deadlines will be affected. It is also the first enlargement requested by either party.

For the foregoing reasons and such others as may appear to the Court, the District of Columbia respectfully requests that its date for an answer or other response to the Complaint be set for June 29, 2006.

Dated: May 15, 2006                         Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson per HJ
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163



/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| SAMUEL McGEE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-0705 (RJL) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

Having considered Defendant's Consent Motion For Enlargement Of Time To Answer Or Otherwise Respond To The Complaint, the memorandum of points and authorities in support, Plaintiff's consent, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:   that Defendant's Consent Motion For Enlargement Of Time To Answer Or Otherwise Respond To The Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:    that Defendant shall answer or otherwise respond to the Complaint on or before June 29, 2006.

_____
Richard J. Leon
United States District Judge

5

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Sol Z. Rozen, Esq.
2501 Calvert Street, N.W.
No. 212
Washington, D.C.  20008