# EEOC MEDIATION SETTLEMENT AGREEMENT

CHARGE NUMBER: 100 2005 00702

CHARGING PARTY:    SAMUEL C. McGEE

RESPONDENT:    DC METROPOLITAN POLICE DEPARTMENT

1. In exchange for the promises made by DC Metropolitan Police Department (DC MPD) obtained through the U.S. Equal Employment Opportunity's Mediation process pursuant to its Charge# 100 2005 00702, Samuel McGee agrees not to institute a law suit under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967 as amended, the Americans with Disabilities Act of 1990, as amended, based on EEOC Charge Number 100 2005 00702.

2. Further we agree that submission of this agreement to EEOC will constitute a request for closure of EEOC Charge #100 2005 00702.

3. It is understood that this agreement does not constitute an admission by Respondent of any violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act of 1990.

4. Respondent agrees that there shall be no discrimination or retaliation of any kind against the Charging Party as a result of filing this charge or against any person because of opposition to any practice deemed illegal under the Americans with Disabilities Act of 1990, the Age Discrimination in Employment Act of 1967, as amended, or Title VII of the Civil Rights Act of 1964, as amended, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5. This document constitutes a final and complete statement of the agreement between the Charging Party, Respondent and EEOC.

6. The parties agree that the EEOC is authorized to investigate compliance with this agreement and that this agreement may be specifically enforced in court by the EEOC or the parties and may be used as evidence in a subsequent proceeding in which a breach of this agreement is alleged.

EEOC Settlement Agreement McGee v. DC MPD p.2

6A.  Charging Party acknowledges that he has been advised to consult with an attorney and has been given a reasonable time to consider the agreement before signing.

7.  As evidence of a good faith effort to resolve EEOC Charge# 100 2005 00702, Respondent offers and Charging Party accepts the following proposal of settlement:

A.  Respondent agrees not to retaliate against Charging Party as a result of filing this charge of discrimination.

B.  Respondent agrees not to interfere with any promotional opportunities sought by the Charging Party.

_____
Charging Party                    Date MAY 10, 2005

_____
For Respondent                    Date April 29, 2005

In reliance on the promises made in the paragraphs above, EEOC agrees to terminate its investigation and to not use the above referenced charge as a jurisdictional basis for a civil action under Title VII of the Civil Rights Act of 1964, as amended, EEOC does not waive or in any manner limit its right to investigate or seek relief in any other charge including, but not limited to, a charge filed by a member of the Commission against the Respondent.

On Behalf of the Commission:

_____
Dana Hutter, Acting Director
Washington Field Office            Date 5/10/05