EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA  ☒ EEOC | 100-2006-00039 |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Mr. Samuel C. Mcgee
**Home Phone No. (Incl Area Code):** (410) 551-8491
**Date of Birth:** 05-09-1968
**Street Address:** 7707 Arognaut Street, Severn, MD 21144

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** METROPOLITIAN POLICE DEPT.
**No. Employees, Members:** 500 or More
**Phone No. (Include Area Code):** (202) 727-4218
**Street Address:** 300 Indiana Ave., N.W., Washington, DC 20001

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 10-06-2005
Latest: 10-06-2005
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. In May 2005, I filed a Charge of Discrimination against my employer, the Metropolitan Police Department. In June 2005, I entered into a settlement agreement with my employer. Since that time, I have been harassed by Lieutenant Jeffrey Parker. While I was on vacation, Mr. Parker changed my work schedule without providing me with a 14-day notice, as it states in the bargaining unit agreement. The Bargaining Unit agreement further states that the employees with the lowest seniority will be first for such changes. I complained to the Fraternal Order of Police and the action was reversed. On August 24, 2005, I was served with a Dereliction Report for violation of Special Order 02-06. I signed the notice on August 24, 2005. On October 6, 2005, I was informed by Sergeant Boone that Commander Anzulla wanted to serve me with a higher level of discipline for the incident that I had already been disciplined for on August 24, 2005.

II. No reason has been given to me for the harassment.

III. I believe that I am being retaliated against for my filing a Charge of Discrimination in May 2005 against the Metropolitan Police Department, in violation of Title VII, of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 10/6/05
Charging Party Signature: [signed]

**NOTARY** – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)