United States District Court
For the District of Columbia

Samuel C. McGee

    V.                  Civil Action 1:06cv00705(RJL)

The District of Columbia

<u>Unopposed Motion for Extension of Time to File Reply to Motion to Dismiss</u>

The plaintiff moves this Court for an order granting him until the 7th of August 2006 to file an opposition to the motion to dismiss filed by the defendant. There is no opposition by the defendant to the motion. In support it alleged as follows;

1) The plaintiff has not received a copy of the motion in paper form as yet from the office of the corporation counsel so that it is impossible to reply to the same. Moreover, the plaintiff's counsel is currently writing two briefs for the Fourth Circuit Court of Appeals, one for the Court of Appeals for Virginia and responding to two motions for summary judgment in other cases, The additional time is needed to file an adequate reply to the motion of the defendant.

                                _____
                                Sol Z. Rosen Esq.#10967
                               2501 Calvert Street NW #212
                                Washington, D.C. 20008
                                  (202) 296-8485
                                  Fax(202) 296-9375

## The Certificate of Service

I certify that a copy of the above was served on the office of the Attorney General on July 7,2006 by ECF and first class mail.

_____
Sol Z. Rosen Esq.