United States District Court
For the District of Columbia

Samuel C. McGee

    V.                    Civil Action 1:06cv00705(RJL)

The District of Columbia

## ORDER

Upon consideration of the unopposed motion of the plaintiff for an extension of time to file an opposition to the motion to dismiss until the 7th of August 2006, the same is granted

_____
Judge, United States District Court

Copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Office of the Attorney General
The District of Columbia
Civil Division
441 4th Street NW
Washington, D.C. 20001