United States District Court
For the District of Columbia

Samuel C. McGee

    V.                    Civil Action No. 06-0705(RJL)

The district of Columbia

## Opposition to Motion to Dismiss

The plaintiff opposes the motion to dismiss based upon failure to exhaust administrative remedies filed by the defendant. The motion is improper as the plaintiff has complied with all administrative steps and the lawsuit is timely. In support it is alleged as follows;

1) The plaintiff filed his original complaint on March 24,2005 which was settled by an agreement between the parties by the EEOC. When the defendant failed to comply with terms of the settlement, he filed a subsequent complaint with the EEOC on October 6,2005 alleging retaliation. After 180 days passed and the complaint and allegations were not resolved by the EEOC he wrote and asked for a "right to sue letters" The same was sent to him by the Department of Justice which is part of the pleadings of the defendant. This practice by the EEOC to defer to the United States Department of Justice in complaints against governmental bodies is in accordance with section 2000(e)(5)(f)(1) of Title 42 of the United States code and can be verified by the court and counsel for the defendant.with the office of the General Counsel of the local office of the EEOC. Moreover, according to Rebecca Ruan Esq.(202-663-4691) of the office of counsel for the regional office of the EEOC, who contacted the undersigned after a query by the undersigned as to the practice of the agency, that the referral to the United States

Department of Justice is in accordance with Code of Federal Regulations 16.01.29(b) .Thus the plaintiff has fully complied with the administrative review and investigation by the EEOC and the motion of the defendant is without merit and must be denied.

_____
Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

The Certificate of Service

I certify that a copy of the above was served by electronic mail and first class mail to the office of counsel for the defendant on the 24th of July 2006.

_____
Sol Z. Rosen Esq.
