United States District Court
For the District of Columbia

Samuel C. McGee

    V.                        Civil Action No. 06-0705(RJL)

The District of Columbia

## ORDER

Upon consideration of the motion to dismiss and the pleadings filed thereto, the same is denied.

_____
Judge, United States District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Wendel Hall Esq.
Office of the Attorney General
Suite 6S012
441 4th Street NW
Washington, D.C. 20001