**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SAMUEL McGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0705 (RJL) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant District of Columbia respectfully submits that Plaintiff Samuel McGee's Complaint should be dismissed for failure to exhaust his administrative remedies. McGee offers two arguments to oppose dismissal. Neither have merit.

McGee argues that he waited 180 days before requesting his right to sue letter. However, he measures this 180 days from the filing a dismissed charge. He waited only 133 days from the filing of his current charge. Because his right to sue letter was issued prematurely, it is invalid and he may not proceed in federal court. Martini v. Fannie Mae, 178 F.3d 1136, 1348 (D.C. 1999), cert. dismissed 528 U.S. 1147 (2000).

McGee's other argument is to argue that the Department of Justice has the authority to issue a right to sue letter because that allegedly is its normal practice. In support, McGee offers certain hearsay statements from an attorney who allegedly works for the EEOC. The D.C. Circuit, however, has ruled that the only time the DOJ may issue a right to sue letter is when there has been a finding of reasonable cause, conciliation efforts fail, and the EEOC refers the

case to the DOJ, but the Attorney General decides not to pursue the case, <u>Dougherty v. Barry</u>, 869 F.2d 605, 612 (D.C. Cir. 1989), and there has been none here.  The Court should therefore dismiss this case for failure to exhaust administrative remedies.

Dated: August 1, 2006                             Respectfully submitted,

                                                            ROBERT J. SPAGNOLETTI
                                                            Attorney General for the District of Columbia

                                                            GEORGE  C. VALENTINE
                                                            Deputy Attorney General
                                                            Civil Litigation Division


                                                            /s/ Kimberly Johnson
                                                            KIMBERLY MATTHEWS JOHNSON
                                                            Chief, General Litigation I
                                                            D.C. Bar No. 435163



                                                            /s/ Wendel Hall
                                                            WENDEL V. HALL
                                                            Assistant Attorney General
                                                            D.C. Bar No. 439344
                                                            Suite 6S012
                                                            441 4th Street, N.W.
                                                            Washington, D.C.  20001
                                                           (202) 724-6608
                                                           (202) 727-0431 (fax)
                                                           E-mail: wendel.hall@dc.gov