UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Samuel C. McGee | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 06cv705 ( RJL) |
| The District of Columbia | ) ) ) |
| Defendant. | ) ) |

FINAL JUDGMENT the
(September 9, 2006)

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 9th day of September 2006, hereby

**ORDERED** that defendants' Motion to Dismiss [#4] is **GRANTED** and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge