United States District Court
for the District of Columbia

Samuel C. McGee

    V.                              Civil Action No. 1:06 cv00705(RJL)

The District of Columbia

## ORDER

Upon consideration of the motion of the plaintiff to vacate judgment and the pleadings filed thereto, the same is granted.

_____
Judge, U.S. District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Office of the Attorney General
Civil Division
441 Fourth Street NW
Washington, D.C. 20001