UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAMUEL C. MCGEE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:06 cv00705 (RJL) |
| **DISTRICT OF COLUMBIA,** | ) |
| **Defendant.** | ) |

## ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Vacate Judgment, the District of Columbia's Opposition thereto, and the record herein, it is by the Court this \_\_\_\_ day of _____ hereby:

ORDERED: that Plaintiff's Motion be, and hereby is, denied for the reasons set forth in the District of Columbia's opposition.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge