United States District Court
for the District of Columbia

Samuel C. McGee

     V.                         Civil Action No. 1:06 cv00705(RJL)

The District of Columbia

## REPLY YO OPPOSITION TO MOTION TO VACATE JUDGMENT

The plaintiff files the following reply yo the opposition to the motion to vacate judgment filed by the office of the attorney general for the District of Columbia.

1) The reliance on the decision of <u>Jones v. District of Columbia</u>, 273 F.Supp 2nd 61, (2003) is misplaced. The opinion does not allude to the fact as to how long the plaintiffs who did not receive their right to sue letter waited before filing their lawsuit. This is critical as the statute, Title VII of the Civil, Rights Act of 1964, et .Seq., as amended, provides that a private cause of action can be filed if there is no resolution of the complaint within 180 days from the filing. of a formal complaint with the agency. Moreover this applies to all litigants,not just federal employees. The regulations enacted by the EEOC to enforce rights under Title VII allude to the fact that any individual can bring a private cause of action if there is no final decision by the agency after 180 days. The issuance of a "right to sue" letter by the agency is a mere formality to the filing of a lawsuit. The cases so hold on this point. A reading suggested by the defendant would allow the agency to retain the proceedings and the case documents indefinitely before issuing a "right to sue"letter. This would fly in the fact of the legislative intent of Congress in encouraging private causes of action to enforce statutory rights..Thus the arguments of the defendant are without

merit.

2) The plaintiff filed with the court as attachment to the ECF filing of his pleadings, a letter from the EEOC that stated the original issuance of the right to sue letter from the Department of Justice was in error. Moreover the plaintiff also filed via the ECF filing a copy of his complaint with the EEOC which was filed more than one hundred and eighty days before the lawsuit. In addition the plaintiff also filed, via the ECF system, copies of letters from the undersigned, indicating that the plaintiff desired the agency to issue a "right to sue letter" so that he could proceed to court via a private cause of action..Thus, plaintiffs complied with all of the statutory requirements and the cause of action, which was dismissed, must be reinstated.

_____
Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

The Certificate of Service

I certify that a copy of the above was served by ECF on the office of counsel for the defendant on the 11th of May 2007.

_____
Sol Z. Rosen Esq.
